No. 10-9716. Dominic Gibbs, Petitioner v. Robert Kirkpatrick, Superintendent, Wende Correctional Facility.

563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4057.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 566.

No. 10-9719. Joseph M. Cray, Petitioner v. California.

563 U.S. 1024, 131 S. Ct. 2935, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4089.

May 31, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 10-9720. Lawrence A. Digsby, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 1024, 131 S. Ct. 2936, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4035,

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 627 F.3d 823.

No. 10-9729. Marco Antonio Barrientos, Petitioner v. Texas.

563 U.S. 1024, 131 S. Ct. 2936, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4104.

May 31, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

No. 10-9748. Robert Deshaun Peters, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.

563 U.S. 1024, 131 S. Ct. 2936, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4048.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-9749. Rogelio Promotor, Petitioner v. William Pollard, Warden.

563 U.S. 1024, 131 S. Ct. 2937, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4070.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 628 F.3d 878.

No. 10-9755. Joseph Webster, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 1024, 131 S. Ct. 2937, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4100.

May 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 46 So. 3d 1139.

No. 10-9765. Malik Ali Muhammad, Petitioner v. Matthew Martel, Warden.

563 U.S. 1024, 131 S. Ct. 2937, 180 L. Ed. 2d 230, 2011 U.S. LEXIS 4119.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.